**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary R. Mulvihill              CHAPTER 13

Debtor(s)

BKY. NO. 23-10530 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                          Respectfully submitted,

                                        /s/ **Mark A. Cronin**
                                        Mark Cronin
                                        18 Apr 2023, 13:55:32, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322