# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                       Chapter 13

MARY R MULVIHILL                                     Bankruptcy No. 23-10530-AMC

1313 BRADFORD COURT

PHOENIXVILLE, PA 19460

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARY R MULVIHILL

    1313 BRADFORD COURT

    PHOENIXVILLE, PA 19460

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/28/2023                                                                                     /s/ Kenneth E. West

                                                                                _____
                                                                                Kenneth E. West, Esquire
                                                                                Chapter 13 Standing Trustee