**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Mary R. Mulvihill**<br>　　　　　　　　**Debtor(s)**<br><br>**PNC Bank, National Association**<br>　　　　　　　　**Movant**<br>**vs.**<br><br>**Mary R. Mulvihill**<br>　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　**Trustee** | **BK NO. 23-10530 AMC**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE
PRAECIPE TO WITHDRAW**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 6, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mary R. Mulvihill
1313 Bradford Court
Phoenixville, PA 19460

Attorney for Debtor(s)
Mark A. Cronin, Law Offices of Mark A. Cronin
26 S. Church Street
West Chester, PA 19382

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: July 6, 2023

/s/Denise Carlon
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com