Golden Abstract, LLC  
504 West Main Street  
Trappe, PA 19426  
(610) 495-5269

ALTA Seller's Settlement Statement

| File #: | GOLD24-107 | Property | 1313 Bradford Court<br>Phoenixville, PA 19460 | Settlement Date | 02/29/2024 |
|---|---|---|---|---|---|
| Prepared: | 02/19/2024 | | | Disbursement Date | 02/29/2024 |
| Settlement Agent: | Mary Beth Machon | Buyer | Krista Lynn Kovatch and<br>Donna Lynn Kovatch<br>1 Prospect Avenue<br>West Chester, PA 19380 | | |
| | | Seller | Mary Mulvihill | | |
| | | Lender | Rocket Mortgage, LLC<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | | |

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Financial** | | |
| Sales Price of Property | | $370,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| Assessments 02/29/2024 to 07/01/2024 | | $1,397.39 |
| City/Town Taxes 02/29/2024 to 01/01/2025 | | $16.63 |
| County Taxes 02/29/2024 to 01/01/2025 | | $473.29 |
| HOA Master Dues 02/29/2024 to 07/01/2024 | | $116.99 |
| | | |
| **Payoff(s)** | | |
| Payoff to S&T Bank | $31,262.03 | |
| Principal : $29,843.75 | | |
| Interest : $982.98 | | |
| Additional Interest : $6.42 | | |
| Release : $80.75 | | |
| Property Report Fee: $75.00 | | |
| Reinspection/appraisal Fees: $275.00 | | |
| Unapplied Funds Balance: $-1.87 | | |
| | | |
| **Commission** | | |
| Listing Agent Commission to BHHS Fox & Roach - Devon | $11,100.00 | |
| Selling Agent Commission to Springer Realty Group | $11,100.00 | |
| | | |
| **Miscellaneous** | | |
| **Liened School Tax to Portnoff Law Associates, LTD. | $8,955.26 | |
| *Chester County Tax Claim ESCROW to Chester County Treasurer | $1,900.00 | |
| 2024 County Tax Duplicate Bill Fee to Chester County Treasurer | $25.00 | |
| 2024 County Tax to Chester County Treasurer | $564.55 | |
| 2024 Township Tax Duplicate Bill Fee to HAB-RET | $2.25 | |
| 2024 Township Tax to HAB-RET | $19.84 | |
| Edoc Fee to Edge Abstract Independence LLC | $30.00 | |
| Express Mail Fee to Golden Abstract, LLC | $90.00 | |
| HOA Account Balance ESCROW to Kimberton Knoll HOA | $27,700.00 | |
| HOA Dues February to Kimberton Knoll HOA | $245.00 | |
| HOA Master Dues (1/1/24-6/30/24) to Kimberton Knoll HOA Master | $175.00 | |
| Notary Fee | $40.00 | |
| Release Tracking & Recording to ReQuire to Golden Abstract, LLC | $35.00 | |

|  | Debit | Credit |
|---|---|---|
| Subtotals | $93,243.93 | $372,004.30 |
| Due to Seller | $278,760.37 |  |
| Totals | $372,004.30 | $372,004.30 |

See signature addendum



# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Golden Abstract, LLC to cause the funds to be disbursed in accordance with this statement.

_____
Mary Mulvihill                                    Date

_____
Settlement Agent                                  Date

PRELIMINARY