## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARY R. MULVIHILL ) | Bankruptcy No. 23-10530 |
| Debtor. ) | |
| ) | Chapter 13 |

### CERTIFICATE OF SERVICE

    I, Sharon S. Masters, Esquire, counsel for Debtor Mary R. Mulvihill, hereby certify that on this date I served a true and correct copy of the Expedited Order Scheduling Hearing on Motion to Sell Real Estate and the Motion upon the U.S. Trustee and Chapter 13 Standing Trustee by ECF and electronic mail and the following as indicated and as prescribed by the Court's Order:

<u>By Email:</u>

Kimberton Knoll Homeowners Association
c/o Brady & Cissne Law
651 E. Township Line Rd., #601
Blue Bell, PA 19422

PNC BANK
Denise Carlton, Esq.
KML Law Group, P.C,
701 Market Street Ste 5000
Philadelphia, PA 19106

JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Chester County Tax Claim Bureau
313 W. Market Street
Suite 3602
West Chester, PA 19380

<u>By First-Class Mail, Postage Prepaid</u>
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Mary R Mulvihill
1313 Bradford Court
Phoenixville, PA 19460

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831

Dated: 11/13/2023

/s/ *Sharon S. Masters*
Sharon S. Masters,
Esquire Attorney for
Debtor