**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**     **Mary R. Mulvihill** <br>                   **Debtor(s)** <br><br> **PNC Bank, National Association** <br>                   **Movant** <br>     **vs.** <br><br> **Mary R. Mulvihill** <br>                   **Debtor(s)** <br><br> **Kenneth E. West**, <br>                   **Trustee** | **BK NO. 23-10530 AMC** <br><br> **Chapter 13** <br><br> **Related to Document 41** |

**RESPONSE TO DEBTOR'S MOTION TO SELL PROPERTY PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**

PNC Bank, National Association enters its response to the Debtor's Motion to Sell Property Pursuant to Section 363 of the Bankruptcy Code.

1. Creditor's loan is secured by a mortgage on Debtor's property at 1313 Bradford Ct., Phoenixville, PA 19460.

2. Creditor would not object to the sale so long as the Order entered is clear that the sale is not free and clear of secured creditors lien and same shall remain on the property until such time that it is paid in full.

WHEREFORE, the Movant, PNC Bank, National Association, prays that the Court enters an Order requiring the Secured Creditor to be paid in full.

                                            Respectfully submitted,

Date: February 21, 2024                          */s/ Michael P. Farrington*
                                            Michael P. Farrington, Esquire
                                            Attorney I.D. 329636
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            215-627-1322
                                            mfarrington@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Mary R. Mulvihill**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 23-10530 AMC** |
| **PNC Bank, National Association**<br>　　　　　　　　　　**Movant**<br>　　vs.<br>**Mary R. Mulvihill**<br>　　　　　　　　　　**Debtor(s)**<br>**Kenneth E. West**,<br>　　　　　　　　　　**Trustee** | **Chapter 13**<br><br>**Related to Doc 41** |

**CERTIFICATE OF SERVICE**
**RESPONSE TO DEBTOR'S MOTION TO SELL PROPERTY**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 22, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Mary R. Mulvihill
1313 Bradford Court
Phoenixville, PA 19460

<u>Attorney for Debtor(s) (via ECF)</u>
SHARON S. MASTERS
132 Overleaf Drive
Thorndale, PA 19372

<u>Trustee (via ECF)</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail.

Dated: <u>February 22, 2024</u>

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com