# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mary R. Mulvihill<br>　　　　　　　　Debtor(s)<br><br>PNC Bank, National Association, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Mary R. Mulvihill<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-10530 AMC<br><br><br><br>11 U.S.C. Section 363 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Response to Debtor's Motion to Sell Property Pursuant to Section 363 of the Bankruptcy Code filed by PNC Bank, National Association, on or about February 22, 2024 as Document # 48.

Dated: February 27, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Mary R. Mulvihill**<br>　　　　　　　　**Debtor(s)** | **BK NO. 23-10530 AMC** |
| **PNC Bank, National Association**<br>　　　　　　　　**Movant**<br>vs.<br>**Mary R. Mulvihill**<br>　　　　　　　　**Debtor(s)**<br>**Kenneth E. West**,<br>　　　　　　　　**Trustee** | **Chapter 13**<br><br>**Related to Doc 41** |

**CERTIFICATE OF SERVICE**
**PRAECIPE TO WITHDRAW**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 27, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Mary R. Mulvihill
1313 Bradford Court
Phoenixville, PA 19460

Attorney for Debtor(s) (via ECF)
SHARON S. MASTERS
132 Overleaf Drive
Thorndale, PA 19372

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail.

Dated: February 27, 2024

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com