**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARY MULVIHILL | : | Case No. 23-10530 |
| Debtor. | | |

## **ORDER**

AND NOW, this 28th day of February 2024, after consideration of the Motion to Sell Real Estate pursuant to 11 U.S.C. Section 363, responses thereto and the entire record, it is hereby ORDERED that the Motion is GRANTED. Distribution of sale proceeds shall be made in accordance with the attached, adjusted as of the closing date. The amount necessary to pay off the Chapter 13 Plan shall be paid to the Chapter 13 Standing Trustee at closing on the Property, and a copy of the fully-executed HUD -1 is to be sent to the office of the Chapter 13 Standing Trustee within seven (7) days of closing.

_____ J.