**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Mary Mulvihill | : | Chapter 13 |
| Debtor | : | No. 23-10530amc |

**ORDER**

AND NOW, this  15th  day of May, 2024, after consideration of Debtor's Application to Retain/Ratify Retention of Professionals and Approve Compensation, notice to all interested parties, responses and objections thereto, if any, and after hearing thereon, for good cause shown, it is hereby ORDERED that the Application is GRANTED in all respects.

BY THE COURT:

_____
J.