**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Mary R. Mulvihill       :     Chapter 13
                                    :
            Debtor.                 :     Bankruptcy No.  23-10530 (AMC)

**PRAECIPE TO WITHDRAW CLAIM #7**
**OF THE PHOENIXVILLE AREA SCHOOL DISTRICT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #7 of the Phoenixville Area School District.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:     /s/ James R. Wood, Esquire
        James R. Wood, Esquire
        2700 Horizon Drive, Suite 100
        King of Prussia, PA 19406
        (484) 690-9341
        Attorney for Phoenixville Area School District

Dated:  May 24, 2024