**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> **LEON DONALD CLEVELAND** <br><br> **Debtor.** | Chapter 13 <br><br> No.  22-11284-amc |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Lundy, Beldecos & Milby, P.C., a creditor and party-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

**LUNDY, BELDECOS & MILBY, P.C.**

Date:  4/4/2023              By:     */s/ Jessica M. Gulash*
                                                **JESSICA M. GULASH, ESQUIRE**
                                                PA ID # 208463
                                                450 N. Narberth Avenue, Suite 200
                                                Narberth, PA 19072
                                                (610) 668-0772
                                                jgulash@lbmlaw.com